# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WALLACE MCKELVEY AND PENNLIVE AND THE PATRIOT-NEWS | : | No. 395 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF HEALTH, | : | |
| AND MISSION PENNSYLVANIA, LLC, | : | |
| KW VENTURES HOLDING, LLC, | : | |
| CRESCO YELTRAH, LLC, SMPD | : | |
| MANUFACTURING, LLC/SMPB RETAIL, | : | |
| LLC AND TERRAPIN INVESTMENT | : | |
| FUND, 1, LLC (Direct Interest | : | |
| Participants) | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  CRESCO YELTRAH, LLC | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.